UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 09-2175 (JNE/FLN)
RICHARD FRIESE and AL STORK, as
Trustees of the South Central Minnesota
Electrical Workers' Family Health Plan;
RICHARD FRIESE and AL STORK as
Trustees of the South Central Minnesota
Electrical Workers' Retirement and 401(k)
Plan; RICHARD FRIESE and AL STORK, as
Trustees of the South Central Minnesota Joint
Apprenticeship Committee for the Electrical
Industry Trust Fund; RICHARD FRIESE and
AL STORK as Trustees of the South Central
Minnesota Electrical Workers' Vacation and
Holiday Plan, and each of their successors,

        Plaintiffs,        O R D E R

        vs.

BUILDING SYSTEMS INTEGRATION CORP.,
d/b/a and f/k/a RED WING SERVICE CO.,

        Defendant.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 16, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. That Plaintiffs' Motion for Entry of Default Order is granted [#9].

2. Defendant is liable for $18,227.45 for fringe benefit contributions and health care premiums for the months of January 2008 through July 2008 and $3,500.00 for liquidated damages for the months of January, 2008 to

July, 2008.

3. That Defendant is hereby ordered to submit to Plaintiffs counsel, within 10 days of the date of this Order, the fringe fund and health care remittance reports due for the month of August 2008 accurately identifying all hours worked by employees.

4. That upon the filing of the outstanding reports, if Defendant fails to make payments required by this Order, the Plaintiffs may move the District Court for entry of a money judgment in the amount of unpaid contributions, liquidated damages, and reasonable attorney fees and costs, as shown by Affidavit filed with the Court, and the Court shall enter judgment fourteen (14) days after service of the motion and affidavit on Defendant.

DATED: <u>5-12-2010</u>, 2010.          <u>s/ Joan N. Ericksen</u>
at Minneapolis, Minnesota          JUDGE JOAN N. ERICKSEN
                                          United States District Court