UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 09-2175 (JNE/FLN)

RICHARD FRIESE and AL STORK, as Trustees of the South Central Minnesota Electrical Workers' Family Health Plan; RICHARD FRIESE and AL STORK as Trustees of the South Central Minnesota Electrical Workers' Retirement and 401(k) Plan; RICHARD FRIESE and AL STORK, as Trustees of the South Central Minnesota Joint Apprenticeship Committee for the Electrical Industry Trust Fund; RICHARD FRIESE and AL STORK as Trustees of the South Central Minnesota Electrical Workers' Vacation and Holiday Plan, and each of their successors,

        Plaintiffs,        O R D E R

vs.

BUILDING SYSTEMS INTEGRATION CORP., d/b/a and f/k/a RED WING SERVICE CO.,

        Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 29, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED:**

1. That in accordance with all of the previous findings and this Court's Order dated May 12, 2010, Plaintiff Trustees for the South Central Minnesota Electrical Workers Benefit Funds shall have judgment against Defendant Building Systems Integration Corp. in the amounts of $4,000.00 for liquidated damages, $19,025.11 in fringe fund contributions and $1,582.75 in attorney fees and costs remaining due relating to the audit period of January 2008 to August 2008. Judgment in the total amount of $24,607.86 is entered against Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: 8-19-2010  　　　　　　　　s/ Joan N. Ericksen
at Minneapolis, Minnesota  　　　　JUDGE JOAN N. ERICKSEN
　　　　　　　　　　　　　　　　United States District Court